**Order entered September 23, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00770-CR**

**MARLON JUAN LALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-21-0335**

**ORDER**

We **REINSTATE** this appeal.

We abated for the appointment of counsel. On September 21, 2021, the clerk's record was filed, containing the appointment of counsel. We **DIRECT** the Clerk to list Celia Sams as counsel for appellant. All future correspondence shall be sent to Ms. Sams at the address on file with the Court.

The reporter's record is due November 3, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brett Hall, Presiding Judge, 382nd Judicial District Court; to Linda Kaiser Maddox, official court reporter, 382nd Judicial District Court; to Celia Sams; and to the Rockwall County District Attorney's Office, Appellate Division.

/s/ ERIN A. NOWELL
   JUSTICE